Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102
(973) 286-6700
clizza@saul.com
wbaton@saul.com

*Of Counsel*:

Bruce M. Wexler
Preston K. Ratliff II
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Plaintiff*
*Actelion Pharmaceuticals Ltd*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ACTELION PHARMACEUTICALS LTD,<br><br>    Plaintiff,<br><br> v.<br><br>AUROBINDO PHARMA USA INC. and AUROBINDO PHARMA LIMITED,<br><br>    Defendants. | **Civil Action No. 19-15437 (FLW)(LHG)**<br><br>**(Filed Electronically)** |

**CONSENT JUDGMENT**

Actelion Pharmaceuticals Ltd (hereinafter, "Actelion") and Aurobindo Pharma USA Inc. and Aurobindo Pharma Limited (collectively, "Aurobindo"), parties in the above-captioned action, have resolved this litigation for good cause and valuable consideration recognized by Actelion and Aurobindo. Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this __15th__ day of July, 2020:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Aurobindo Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 211198; (ii) the term "Licensed Patent" shall mean United States Patent Number 7,094,781; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Aurobindo; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Aurobindo admits that the claims of the Licensed Patent are valid and enforceable, and that the claims of the Licensed Patent would be infringed by the commercial manufacture, use, sale, offer for sale, or importation of the Aurobindo Product prior to expiration of the Licensed Patent.

4. Unless otherwise specifically authorized by Actelion, Aurobindo, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed

Patent, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Aurobindo Product.

5. Compliance with this Consent Judgment may be enforced by Actelion and its successors in interest, or assigns, as agreed by the parties.

6. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment.

7. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

8. Nothing herein shall prohibit or restrict Aurobindo from maintaining or filing Paragraph IV certifications in Aurobindo's ANDA No. 211198 under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) (as amended or supplemented) and nothing herein shall prohibit or restrict the Food and Drug Administration from reviewing or approving Aurobindo's ANDA No. 211198.  Each party acknowledges and agrees that the 30-month stay with respect to the approval of Aurobindo's ANDA No. 211198 under 21 U.S.C. § 355(j)(5)(B)(iii) is hereby terminated.

/s/ Freda L. Wolfson
Chief Judge Freda L. Wolfson, U.S.D.J.

We hereby consent to the form and entry of this Order:

Dated: July 14, 2020

By: s/ William C. Baton
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    SAUL EWING ARNSTEIN & LEHR LLP
    One Riverfront Plaza, Suite 1520
    Newark, NJ 07102-5426
    (973) 286-6700
    clizza@saul.com
    wbaton@saul.com

    Of Counsel:

    Bruce M. Wexler
    Preston K. Ratliff II
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, NY 10166
    (212) 318-6000

    *Attorneys for Plaintiff*
    *Actelion Pharmaceuticals Ltd*

By: s/ Marc D. Youngelson
    Marc D. Youngelson
    COSNER & YOUNGELSON
    197 Route 18, Suite 104
    East Brunswick, NJ 08816
    (732) 937-8000
    marc@cosnerlaw.com

    Of Counsel:

    Steven J. Moore
    James E. Nealon
    WITHERS BERGMAN LLP
    1700 East Putnam Avenue
    Greenwich, Connecticut 06830
    (203) 302-4100

    *Attorneys for Defendants*
    *Aurobindo Pharma USA Inc.*
    *and Aurobindo Pharma Limited*